FILED BY AC D.C.
05 SEP 29 PM 3:19
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY AM D.C.
2005 SEP 15 PM 12:53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

THE WAY INTERNATIONAL,         )
                                )
        Plaintiff,              )
                                )
v.                              )   Civil Action No. 05-2593-MiV
                                )
AMY GILMORE, LIVING TREE        )   MOTION GRANTED
ACADEMY, ANTHONY GILMORE,       )
PATRICE GILMORE, JOHN DOES 1-10,)   JON PHIPPS McCALLA
                                )   U.S. DISTRICT JUDGE
        Defendants.             )
                                )   Sept 29, 2005
                                    DATE

## MOTION FOR PERMISSION TO PARTICIPATE IN A PARTICULAR CASE

Pursuant to LR 83.1(b) of this Court, counsel for plaintiff, The Way International, files this written motion requesting that this Court grant Rosanne T. Yang special admission for the purpose of serving as counsel for plaintiff in this action. In support of this motion, counsel for plaintiff states as follows:

1. Rosanne T. Yang is a member in good standing of the bar of the State of Ohio is duly admitted to practice law before the Supreme Court of Ohio.

2. As is shown by the Affidavit of Rosanne T. Yang in Support of Motion for Permission to Participate in a Particular Case (attached to this Motion as Exhibit 1), Ms. Yang has obtained and is familiar with the local rules of this Court, including the Guidelines of Professional Courtesy and Conduct. If granted permission to participate in this case, Ms. Yang certifies that she will abide by all rules of this Court.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-29-05

/10

3.      An original certificate of good standing from the Supreme Court of Ohio is attached to the Affidavit of Rosanne T. Yang.

WHEREFORE, counsel for plaintiff requests that Ms. Yang be admitted specially for the purpose of acting as an attorney in this case as counsel for plaintiff.

ARMSTRONG ALLEN, PLLC

By: _____
LUCIAN T. PERA            (11641)
SARA M. FALKINHAM    (17733)

Brinkley Plaza
80 Monroe Avenue, Suite 700
Memphis, Tennessee 38103-2467
Telephone: 901-523-8211
Facsimile: 901-524-4936
Attorneys for Plaintiff

## CERTIFICATE OF CONSULTATION

Pursuant to LR 7.2(a)(1)(B), the undersigned counsel hereby certifies that no answer has been filed in this case and counsel therefore has not consulted with any opposing counsel.

_____

## CERTIFICATE OF SERVICE

This is to certify that on the ___15___ day of __September__ 2005, a true and exact copy of this Motion for Permission to Participate in a Particular Case was served, by First Class U.S Mail, postage prepaid, on defendants at the following addresses:

Anthony Gilmore
323 Greenway Avenue
Nashville, TN  37205

Patrice Gilmore
323 Greenway Avenue
Nashville, TN  37205

Amy Gilmore
323 Greenway Avenue
Nashville, TN  37205

_____

K:\SMF\PLDGS\INDEXES\THEWAY\YangMotion.doc

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| The Way International, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-2593-MiV |
| Amy Gilmore, et al., | ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF ROSANNE T. YANG
## IN SUPPORT OF
## MOTION FOR PERMISSION TO PARTICIPATE IN A PARTICULAR CASE

STATE OF OHIO         )
                      )
COUNTY OF FRANKLIN    )

Rosanne T. Yang, being sworn, states as follows:

1. I am a lawyer licensed to practice in, am practicing in, and am in good standing as a lawyer in the State of Ohio. A certificate of good standing from the Supreme Court of Ohio is attached as Exhibit A.

2. My current office address and telephone number are: Baker & Hostetler LLP, 65 East State Street, Suite 2100, Columbus, Ohio 43215. My Ohio Supreme Court registration number is 0071182.

3. I have been retained by The Way International to appear as counsel on its behalf in this action.

4. I certify that I have obtained and am familiar with the local rules of this court, including the Guidelines of Professional Courtesy and Conduct.

_____
Rosanne T. Yang

SWORN TO AND SUBSCRIBED BEFORE ME this 24 day of August, 2005.

_____
NOTARY PUBLIC

My Commission Expires:

N/A

LISA R. STARK
ATTORNEY AT LAW
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.

2

# The Supreme Court of Ohio

## CERTIFICATE

    I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Rosanne T. Yang

was admitted to the practice of law in Ohio on November 08, 1999; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 23rd day of August, 2005.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Manager, Attorney Registration and CLE Section*



**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02593 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Louis A Colombo
BAKER & HOSTETLER LLP
3200 National City Center
1900 East 9th St
Cleveland, OH 44114

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Rosanne T. Yang
BAKER & HOSTETLER LLP
65 East State St
Ste 2100
Columbus, OH 43215

Honorable Jon McCalla
US DISTRICT COURT