IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 DEC 16  AM 8: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| THE WAY INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>AMY GILMORE, LIVING TREE ACADEMY, ANTHONY GILMORE, PATRICE GILMORE, JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 05-2593-MiV |

## FINAL JUDGMENT AND PERMANENT INJUNCTION UPON CONSENT

Plaintiff The Way International ("The Way"), having filed a civil action in the United States District Court for the Western District of Tennessee entitled *The Way International v. Amy Gilmore, et al.*, Civil Action No. 05-2593-MiV, (hereinafter referred to as the "Civil Action"), charging Defendants Amy Gilmore, Living Tree Academy, Anthony Gilmore, Patrice Gilmore and various John Does (collectively "Defendants") with forty-four (44) acts of copyright infringement under the laws of the United States, Title 17, United States Code (hereinafter the "Copyright Law") (collectively "the Claims"), and Defendants having agreed to the entry of this Final Judgment and Permanent Injunction Upon Consent, it is

**ORDERED, ADJUDGED AND DECREED**, as between the parties hereto that,

1. This Court has jurisdiction of the subject matter of all counts of this action and over all the named parties hereto.

2. The Way is a nondenominational biblical research, teaching and fellowship ministry which has produced a wide range of religious education materials including but not

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05



limited to books, pamphlets, recorded lectures and music (hereinafter the "Works"). The Works are subject to more than 280 valid and subsisting United States copyright registrations and many more Works are unregistered.

3. The Way has never made any of its written or recorded materials available to its followers or the public in compact disc ("CD") or digital video disk ("DVD") format.

4. Defendants, acting together and in concert, reproduced verbatim, distributed and/or sold for profit hundreds of copyrighted works owned by The Way, including many in CD or DVD format.

5. In undertaking the conduct described herein, the Defendants knowingly, intentionally and willfully violated The Way's rights.

6. Defendants and their principals, officers, agents, servants, employees, attorneys, representatives, successors and assigns, and all persons or corporations in active concert or participation with Defendants who receive actual notice of this Order, are hereby permanently enjoined and restrained from:

   (a) directly or indirectly infringing the Works in any manner, including but not limited to manufacturing, distributing, advertising, selling, and/or offering for sale or distribution any item which copies or bears a substantial similarity to any of the Works;

   (b) assisting, aiding or abetting another person or business entity in engaging or performing any of the activities enumerated in subparagraph (a) above.

7. Each party hereto shall bear his, her or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: Dec. 15, 2005

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

ARMSTRONG ALLEN, PLLC

DATED: Dec. 9, 2005   By: _____
LUCIAN T. PERA         (11641)
SARA M. FALKINHAM      (17733)

Brinkley Plaza
80 Monroe Avenue, Suite 700
Memphis, Tennessee 38103-2467
Telephone: 901-523-8211
Facsimile: 901-524-4936
Attorneys for Plaintiff

CONSENTED TO BY THE DEFENDANTS:

The undersigned Defendants hereby consent to the entry of a Final Judgment and Permanent Injunction Upon Consent in the form annexed hereto or in such form as the Court may approve.

AMY GILMORE

DATED: Nov. 3, 2005   _____

LIVING TREE ACADEMY

DATED: Nov 3, 2005   By: _____

**ANTHONY GILMORE**

DATED: __Nov 3__, 2005         _[signature]_

**PATRICE GILMORE**

DATED: __11/3__, 2005         _Patrice Gilmore_

500936451.2, Gilmore Consent Judgment

4

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02593 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Louis A Colombo
BAKER & HOSTETLER LLP
3200 National City Center
1900 East 9th St
Cleveland, OH 44114

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Rosanne T. Yang
BAKER & HOSTETLER LLP
65 East State St
Ste 2100
Columbus, OH 43215

Honorable Jon McCalla
US DISTRICT COURT